IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00707-PSF-OES

DARIN SKINNER,

Plaintiff(s),

vs.

RODNEY D. CARMEAN,

Defendant(s).

## ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 14, 2005

    This matter came on for a settlement conference on July 13, 2005.  Counsel for defendant, Angie Devine, was present for the conference, together with a representative of the insurance company for defendant.

    Plaintiff and his attorney did not appear for the conference at the scheduled time, 10:30 a.m..  However, they did appear at 1:30 p.m.  Counsel for plaintiff, Michael Baty, informed me that he had erroneously noted on his calendar that the conference would begin at 1:30 p.m., and not the correct time of 10:30 a.m.

    The settlement conference will be re-set, as noted below.  Counsel for the parties are directed to meet and confer with regard to the question of attorney fees and costs for defendant as a result of the unnecessary appearance here of Ms. Devine and her client representative (who knows, they might even settle the case

during this discussion. . . ). If the parties cannot agree upon a resolution of this question, defendant may file a motion for reimbursement of fees and costs.

## CONCLUSION

It is therefore ORDERED that a further settlement conference will be conducted on **August 23, 2005**, at the hour of 3:00 p.m.

Dated at Denver this day of July 14, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
U.S. Magistrate Judge