IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No. 03-cv-00707-PSF-OES

DARIN SKINNER,

    Plaintiff,

v.

RODNEY D. CARMEAN,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

THIS MATTER is before the Court on defendant's Unopposed Motion to Withdraw (Dkt. # 46). The Court having considered the motion to withdraw and the file, and being fully advised in the premises, hereby

ORDERS that the Unopposed Motion to Withdraw as Counsel is GRANTED and Wendy J. Shea is permitted to withdraw as counsel of record in this matter. William L. Senter and Angela D. DeVine will continue to act as co-counsel for the defendant.

DATED: August 8, 2005

                        BY THE COURT:

                        s/ Phillip S. Figa
                        _____
                        Phillip S. Figa
                        United States District Judge