IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No. 03-cv-00707-PSF-OES

DARIN SKINNER,

    Plaintiff,

v.

RODNEY D. CARMEAN,

    Defendant.

---

**ORDER DISMISSING CASE**

---

THIS MATTER comes before the Court pursuant to the Minute Order entered on August 23, 2005 by Magistrate Judge Schlatter in which he advised that the case had been settled, that the parties were directed to file dismissal documents no later than September 6, 2005, and that if papers were not filed by that date he would recommend the case be dismissed without further notice.

The parties have not filed settlement papers or a stipulation of dismissal. The Magistrate Judge has recommended the case be dismissed. Accordingly, this case is DISMISSED WITH PREJUDICE, and the Clerk is directed to administratively close this case.

    DATED:  September 27, 2005

                                              BY THE COURT:

                                              s/ Phillip S. Figa

                                              _____
                                              Phillip S. Figa
                                              United States District Judge